UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> FABIAN BRITO-DUARTE, </br></br> Defendant | Criminal No. 21cr40029 </br></br> Violation: </br></br> Count One: Unlawful Reentry of Deported Alien </br> (8 U.S.C. § 1326) |

INDICTMENT

COUNT ONE
Unlawful Reentry of Deported Alien
(8 U.S.C. § 1326)

The Grand Jury charges that:

On or about July 28, 2021, in or around Worcester, in the District of Massachusetts, and elsewhere, the defendant,

FABIAN BRITO-DUARTE,

being an alien and having been excluded, removed, and deported from the United States on or about January 10, 2012, was found in the United States without having received the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(1), and Title 6, United States Code, Sections 202(3) and (4), and 557.

1

A TRUE BILL

/s/ Theresa Picadmini
FOREPERSON

/s/ KGS
KENNETH G. SHINE
CHARLES DELL'ANNO
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS

District of Massachusetts: AUGUST 26, 2021
Returned into the District Court by the Grand Jurors and filed.

/s/ Dawn M. King 1:09pm
DEPUTY CLERK